# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAHEEM BROWN,** | : CIVIL ACTION |
| *Petitioner,* | : |
| v. | : No. 17-2778 |
| **SUPERINTENDENT ERIC TICE, ET AL.** | : |
| *Respondents.* | : |

FILED
OCT - 3 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 3rd day of October, 2018, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), Respondents' Answer thereto (Doc. No. 12), Petitioner's "Response to the Respondents' Answer" (Doc. No. 17), the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, dated March 29, 2018 (Doc. No. 19), Petitioner's objections to the Report and Recommendation (Doc. No. 23), and after a thorough and independent review of the record, it is hereby **ORDERED** that:

1. Petitioner's objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice and **DISMISSED** as untimely without an evidentiary hearing; and

4. There is no probable cause to issue a certificate of appealability.

**BY THE COURT:**

_____
**MITCHELL S. GOLDBERG, J.**